UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

AARON LEON et al.,

                            Plaintiffs,

                            ORDER

-against-

                            15 Civ. 7483 (GBD)

HARBOR EXPRESS, LLC et al.,

                            Defendants.

------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The April 16, 2020 conference is adjourned to June 18, 2020 at 9:45 a.m.

Dated: New York, New York
March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE