UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

AARON LEON; MARIA THEN, *individually and Guardian*,

                      Plaintiffs,

-against-

HARBOR EXPRESS, LLC; PAT SALMON & SONS, INC.,

                      Defendants.
------------------------------------- X

ORDER

15 Civ. 7483 (GBD) (DCF)

GEORGE B. DANIELS, District Judge:

The October 8, 2020 status conference is cancelled.

Dated: October 5, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE