**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AARON LEON,

                            Plaintiff,                **15-CV-07483 (GBD) (VF)**

           -against-                           **ORDER**

HARBOR EXPRESS, LLC et al.,

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to ECF No. 99, the deadline for the Estate of Aaron Leon to file an Amended Complaint was May 16, 2022. Plaintiff is ordered to file either its Amended Complaint, or a letter providing the Court with an update on the status of this filing, no later than **Tuesday, May 24, 2022**.

      **SO ORDERED.**

DATED:    New York, New York
              May 17, 2022

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge