UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
AARON LEON et al

                              Plaintiffs,                  **15-CV-07483 (GBD) (VF)**

        -against-                                  **ORDER**

HARBOR EXPRESS, LLC et al.,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Wednesday, June 8, 2022,** providing the Court an update on the status of any settlement discussions and whether the parties would like to schedule a settlement conference at this time.

            **SO ORDERED.**

DATED:     New York, New York
                 June 1, 2022

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge