UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN C. RIVERA et al.,

                                       Plaintiffs,                15-CV-7483 (GBD) (VF)

        -against-                                         **ORDER**

HARBOR EXPRESS, LLC et al.,

                                       Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At the telephonic conference held before the Court on May 3, 2023, counsel for Defendant Pat Salmon & Sons, Inc. represented that in light of the amended complaint submitted on December 23, 2022 (ECF No. 120), the pending motions to dismiss (ECF Nos. 109 and 116) have been mooted. The parties agreed that because the motions are now moot, the Court may close these motions. Accordingly, the Clerk of Court is directed to terminate the motions at ECF Nos. 109 and 116.

      **SO ORDERED.**

DATED:     New York, New York
                May 3, 2023

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge