

JOSEPH A. GINARTE ✳
RICHARD M. WINOGRAD ▽□
MANUEL GONZALEZ △
LEWIS ROSENBERG ◇ 3
JOHN J. RATKOWITZ △ 3
PATRICK M. QUINN +
JAMES WILKENS 3
JOSEPH A. REARDON III △
JAMES P. KRUPKA △
MATTHEW V. VILLANI ▽ △
BRADLEY R. LAWRENCE □
FRANK S. PINTAURO +
DAVID B. FRANKLIN +
ANTHONY DESTEFANO +
GREGORY GASTMAN □
DARLENE S. MILOSKI +
CHRISTOPHER IAVARONE △
ALAN T. GRENING ▷
ROBERT J. CIAMPAGLIO, JR. △
ROBERT E. BRANN □
JONATHAN SAKS +
SEAN T. PAYNE □
THOMAS M. MACINNIS □
JAMES F. SULLIVAN, JR.□
TINA NARAINE △
LUKE HARKINS +
RONALD A. ROSA △
DARREN T. SUELTO
MATTHEW A. LEVINE +
PATRICK KELLY △

ATTORNEYS AT LAW
THE WOOLWORTH BUILDING
233 BROADWAY, 24th FLOOR
NEW YORK, NY 10279

———

**Direct Dial**
(212) 601-9700
FAX: (646) 381-1673

**WWW.GINARTE.COM**
Ginarte ® is a registered trademark in the U.S. Patent and Trademark Office

April 21, 2026

NEW YORK

NEWARK
UNION CITY
ELIZABETH
CLIFTON
PERTH AMBOY
QUEENS
NEW BRUNSWICK

_____

▽ CERTIFIED CIVIL TRIAL ATTORNEY
3 OF COUNSEL
+ ADMITTED TO NY
□ ADMITTED TO NJ & NY
✳ ADMITTED TO NJ, NY & DC
◇ ADMITTED TO NY & MA
△ ADMITTED TO NJ
° ADMITTED TO CALIFORNIA
▷ ADMITTED TO NJ & PA
• ADMITTED TO NY & MD
♦ ADMITTED TO NJ, NY & CT

ROGER GUARDA, CLAIMS MGR.
EDELMAN & EDELMAN 3

**VIA ECF:**

Honorable Magistrate Judge Valerie Figueredo, United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1310
New York, New York 10007

       Re:    **Juan C. Rivera et al v. Harbor Express, LLC et al**
                 SDNY Docket No.: 1:15-cv-07483-GBD-VF
                 Our File No.: 237767

Dear Judge Figueredo:

This office represents the Estate of Aaron Leon in the above-entitled matter, and I am designated as the lead trial attorney in this case.

We had previously been preparing for an April 28, 2026, settlement conference before your honor and I was in fact in the process of preparing the "Confidential materials" required to be submitted 7 days before the conference when I received notice that the conference was being rescheduled for May 1 at 10:00 AM.

Unfortunately, I am scheduled to be in Atlantic City on that date on a prepaid CLE program at one of the hotels. According to your standing orders the lead trial attorney is required to be present for the settlement conference in person.

It is therefore respectfully requested that the court reschedule this settlement conference to another date, or in the alternative allow for relief from the requirement of lead counsel appearing since Bradley Lawrence Esq. of my office, who is the managing attorney of our office, is available to appear in my place. Mr. Lawrence is fully knowledgeable concerning the facts of the case, relevant law and the progress of the case to date, including settlement discussions. In fact, Mr. Lawrence appeared with me at the mediation for this case on March 13, 2025.

Please let me know if one of these alternatives would be amenable to the court.

I thank the Court for its kind consideration to this request.

Very truly yours,

Richard M. Winograd, Esq.
Attorneys for the Plaintiffs,
**JUAN RIVERA, as Administrator of**
**Estate of AARON LEON**

CC:

All Parties via ECF

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: April 22, 2026**

Mr. Lawrence may appear in place of Mr. Winograd at the settlement conference scheduled for **May 1, 2026**. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 168 and 169.