UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN C. RIVERA et al.,

                Plaintiffs,

-against-

HARBOR EXPRESS, LLC et al.,

                Defendants.
------------------------------------------------------------------X

15-CV-7483 (GBD) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a settlement conference today, and the parties reached a settlement. The

Court is aware of the settlement terms.

     **SO ORDERED.**

DATED:     New York, New York
             May 1, 2026

                          _____
                          VALERIE FIGUEREDO
                          United States Magistrate Judge